NO. 07-09-0098-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 22, 2009

_____

GREGORY D. JOHNSON,

Appellant

V.

JUSTIN MAYBERRY,

Appellee

_____

FROM THE 181st DISTRICT COURT OF POTTER COUNTY;

NO. 97,254-B; HONORABLE JOHN B. BOARD, PRESIDING

_____

***ORDER DISMISSING APPEAL***

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice